# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2274

_____

LATASHA DENISE MILLEDGE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

November 21, 2018

PER CURIAM.

DENIED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Elizabeth Hogan Webb, Assistant Public Defender, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, and Barbara Debelius, Assistant Attorney General, Tallahassee, for Respondent.